■ In the Matter of the Claim of ELLEN HANNON, Respondent, v. ALLEN CRAMER et al., Appellants, and CAMP SOMERSET, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— MEMORANDUM BY THE COURT. Appeal by the individual employers and their insurance carrier from a decision of the Workmen's Compensation Board filed April 17, 1968. The appellants contend that the claimant was not their employee at the time of the accident. Upon the present record the testimony of the claimant constituted substantial evidence to support the finding of the board as to the identity of the employer. Credibility is a factual issue solely within the province of the board. Decision affirmed, with costs to respondents filing briefs. Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Cooke, JJ., concur in memorandum by the court.